23 A.3d 338

WADE STANCIL, PLAINTIFF–PETITIONER, v.
ACE USA, DEFENDANT–RESPONDENT.

June 7, 2011.

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001438–09 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted, limited to whether—and without regard to the intentional—conduct exception provided for in the Workers' Compensation Act, *N.J.S.A.* 34:15–8—an employee who suffered a work-related injury has a common-law cause of action for damages against a workers' compensation carrier for its willful failure to comply with court orders compelling it to provide medical treatment when the delay or denial of treatment causes a worsening of the employee's medical condition and/or pain and suffering.